Henry D. Sedgwick STERN and Walter B. Slocombe, Personal Representatives of the Estate of Philip M. Stern, Plaintiffs–Appellants,

v.

GENERAL ELECTRIC COMPANY, John F. Welch, Jr., Lawrence A. Bossidy, Edward E. Hood, Jr., Richard T. Baker, James G. Boswell II, Silas C. Cathcart, Charles D. Dickey, Jr., Lawrence E. Fouraker, Henry H. Henley, Henry L. Hillman, Robert E. Mercer, Gertrude G. Michelson, Barbara Scott Preiskel, Lewis T. Preston, Frank H. T. Rhodes, Andrew C. Siegler and Walter B. Wriston, Defendants–Appellees.

No. 1471, Docket 93–9281.

United States Court of Appeals, Second Circuit.

Argued April 27, 1994.

Decided May 16, 1994.

Whitney North Seymour, Jr., New York City (Craig A. Landy, Peter James Clines, Brown & Seymour, New York City, of counsel) for plaintiffs-appellants.

Thomas P. Ogden, New York City (Wendy L. Trugman, Davis Polk & Wardwell, New York City, E. Scott Gilbert, Counsel, Gen. Elec. Co., Fairfield, CT, of counsel) for defendants-appellees.

Before: VAN GRAAFEILAND and WINTER, Circuit Judges, and MISHLER, District Judge.[*]

* The Honorable Jacob Mishler, United States District Judge for the Eastern District of New York, sitting by designation.

PER CURIAM:

We affirm for substantially the reasons stated by the district court. *See Stern v. General Elec. Co.*, 837 F.Supp. 72 (S.D.N.Y. 1993); *Stern v. General Elec. Co.*, 1992 WL 138339 (S.D.N.Y. June 2, 1992).